Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:                                          §
Carol Ann Lodes                                 §
                                                §          CASE NO.:  11-70045-HdH-13
                                                §
        Debtor

## DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF
## CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A.  I have completed the personal financial management instructional course from an agency approved by the United States Trustee.  A copy of Official Form 23 is attached as Exhibit 1.

   B.  If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C.  All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D.  I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E.  I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F.  No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G.  No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.      I have made all payments required by my confirmed chapter 13 plan.

*/s/Carol Ann Lodes*
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

### NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2014, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

Label Matrix for local noticing
0539-7
Case 11-70045-hdh13
Northern District of Texas
Wichita Falls
Tue Mar 18 15:59:39 CDT 2014

JPMORGAN CHASE BANK, N.A.
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

A-Plus Medical Equipment
CO Rotech Healthcare Inc
PO Box 510987
Livonia, MI 48151-6987

Alliance One Rec Mgmt, Inc-Rotech Health
7311 Quality Circle Dr
Anderson, IN 46013-2014

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

American Medical Response
PO Box 847925
Dallas, TX 75284-7925

Asset Acceptance-Citibank
PO Box 2036
Warren, MI 48090-2036

Baylor Heart & Vascular
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Baylor Heart & Vascular Hospital
PO Box 740308
Dallas, TX 75374-0308

Chase
225 Chastain Meadows Ct
Kennesaw, GA 30144-5897

Chase Manhattan Mortgage Corporation
3415 Vision Drive
Columbus, OH 43219-6009

City of WF, WFISD, Wichita Co
CO Harold Lerew
P.O. Box 8188
Wichita Falls, Texas 76307-8188

Clinics of North Texas
PO Box 97547
Wichita Falls, TX 76307-7547

Corpra Care, Inc
Exclusive Medical Collectors
PO Box 941269
Houston, TX 77094-8269

DRS CO Baylor Heart & Vascular Hosp
PO Box 460036
Garland, TX 75046-0036

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

Ervin Andrew Lodes -deceased
4607 Pasadena Ave
Wichita Falls, TX 76310-2417

Executive Services-Clinics of No Texas
1200 Austin St-PO Box 2248
Wichita Falls, TX 76307-2248

Executive Services-Pathology Assoc
1200 Austin St-PO Box 2248
Wichita Falls, TX 76307-2248

Executive Services-Radiology Associat
1200 Austin St-PO Box 2248
Wichita Falls, TX 76307-2248

Executive Services-Respiratory Care
1200 Austin St-PO Box 2248
Wichita Falls, TX 76307-2248

GE Consumer Finance
PO Box 960061
Orlando, FL 32896-0061

Hospice of Wichita Falls
4909 Johnson Rd
Wichita Falls, TX 76310-2547

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Leo Mercer, MD
PO Box 991
Wichita Falls, TX 76307-0991

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301-5009

North Texas Cardiology Center
2101 9th Street
Wichita Falls, TX 76301-4133

Pathology Associates of WF
1107 Brook Avenue
Wichita Falls, TX  76301-5008

Portfolio Rec Associates, LLC-Citibank
PO Box 41067
Norfolk, VA 23541-1067

Portfolio Rec Associates, LLC-First Card
PO Box 41067
Norfolk, VA 23541-1067


Portfolio Rec Associates, LLC-Target
PO Box 41067
Norfolk, VA 23541-1067

Portfolio Rec Associates, LLC-Texaco Cit
PO Box 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Texas Oncology
5400 Kell West Blvd
Wichita Falls TX  76310

Texas Speciality Hospital Wichita Falls
1103 Grace Street
Wichita Falls, TX 76301-4414

Texas Vascular Associates, PA
621 N Hall Street No. 100
Dallas, TX 75226-1305


Texhoma Christian Care Center
300 Loop 11
Wichita Falls, TX 76306-3798

United Regional Health Care Systems
1600 11th Street
Wichita Falls, Texas 76301-4388

WF Gastroenterology Associcates
1104 Brook Ave
Wichita Falls, TX 76301-5049


WICHITA FALLS CITY, ISD & WICHITA CO
C/O PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

Walgreens Specialty Pharmacy
15358 Collect Ctr Dr
Chicago, IL 60693-0153

eCAST Settlement Corp, Assignee of HSBC Bank
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083


eCAST Settlement Corporation, SUCCESSOR
to Wells Fargo Bank N.A.
POB 35480
Newark, NJ 07193-5480

eCAST Settlement Corporation, assignee
of GE Money Bank Prime Direct Consumer
POB 35480
Newark, NJ 07193-5480

eCAST Settlement Corporation, assignee
of GE Money Bank Sam's Club
POB 35480
Newark, NJ 07193-5480


eCast Settlement Corp-BOA
PO Box 35480
Newark, NJ 07193-5480

eCast Settlement Corp-GEConsumer
PO Box 35480
Newark, NJ 07193-5480

eCast Settlement Corp-GEMB
PO Box 35480
Newark, NJ 07193-5480


eCast Settlement Corp-HSBC
PO Box 35480
Newark, NJ 07193-5480

eCast Settlement Corp-Wells Fargo
PO Box 35480
Newark, NJ 07193-5480

Carol Ann Lodes
4607 Pasadena
Wichita Falls, TX 76310-2417


Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
PO Box 168088
Irving, TX 75016-8088

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246


Portfolio Recovery Associates, LLC
c/o Citibank
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Target
PO Box 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    55
Bypassed recipients     0
Total                  55